BEFORE THE THIRD DIVISION, AUGUST 12, 1943

**No. 48661.**—Protest 986078–G of Arles Co., Inc. (New York).

Opinion by CLINE, J. The record showed that the bales were stenciled with shipping marks and the words "French Soudan" when imported and the collector required that they be marked "French Sudan" before being released. The question is whether the marking "French Soudan" is sufficient to indicate that French Sudan is the country of origin. In view of article 528 (b) of the Customs Regulations of 1937, as amended in T. D. 49658, and from an inspection of Webster's New International Dictionary it was held that the marking "French Soudan" was sufficient. The protest was therefore sustained.

**No. 48662.**—Protests 611878–G, etc., of Otto Roth & Co., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269. The protests were therefore sustained.

**No. 48663.**—Protests 619728–G, etc., of Roethlisberger & Co., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269. The protests were therefore sustained.

**No. 48664.**—Protests 629082–G, etc., of Frank M. Modica et al. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146. The protests were therefore sustained.

**No. 48665.**—Protests 843213–G, etc., of Fritz Choyke (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of Abstract 48269. The protests were therefore sustained.

**No. 48666.**—Protests 950304–G, etc., of Holland Food Corp. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of Abstract 48269. The protests were therefore sustained.